FILED
U.S. DISTRICT C
DISTRICT OF NEB

NOV 0 4 2005

OFFICE OF THE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR381 |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | **ORDER** |
| RICHARD D. MARASCO and ANGELA D. HARMS, | ) | |
| Defendants. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Jay W. Mez, as a Criminal Justice Act Training Panel Member, to assist in the defense of Defendant Richard D. Marasco.

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, Jay W. Mez is hereby assigned to assist the Federal Public Defender in the representation of Richard D. Marasco, one of the defendants in the above-captioned case, and must file an entry of appearance forthwith. Jay W. Mez shall not be eligible to receive compensation for services in this case.

Federal Public Defender David R. Stickman shall continue to be primary counsel on behalf of Defendant Richard D. Marasco.

Dated: 11/4/05

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE