IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                           )<br>            Plaintiff,                        )<br>                                                           )<br>     vs.                                             )<br>                                                           )<br>RICHARD D. MARASCO and       )<br>ANGELA D. HARMS,                    )<br>                                                           )<br>            Defendants.                   ) | 8:05CR381<br><br>ORDER |

The government's Motion to Continue (Filing No. 29) is granted.

**IT IS ORDERED** that the hearing on the Motions to Suppress (Filing No. 24)(Filing No. 26) is continued to **February 17, 2006,** at **9:00 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendants must be present unless excused by the Court.

DATED this 10th day of January, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge