# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR381** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **RICHARD D. MARASCO,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the unopposed motion filed by Defendant Richard D. Marasco in which he seeks an extension of time to file objections to the Report and Recommendation. (Filing No. 45). The Defendant seeks an additional week in which to file objections, and I find that good cause has been shown and the motion should be granted. Accordingly,

IT IS ORDERED:

1. The unopposed Motion to Extend Time to Object (Filing No. 45) is granted; and

2. The Defendant Richard D. Marasco shall file his objections to the Report and Recommendation, if any, on or before Tuesday, May 23, 2006.

Dated this 16th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge